**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| MACROSOLVE, INC.<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 6:11-cv-685<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff MacroSolve, Inc. ("MacroSolve") files this Notice of Dismissal Without Prejudice of Defendant American Airlines, Inc. and respectfully states as follows:

1. On December 21, 2011, MacroSolve filed its Complaint for patent infringement with this Court.

2. As of this date, Dollar has not filed or served an answer to MacroSolve's Complaint.

3. MacroSolve seeks a dismissal of without prejudice of Defendant American Airlines, Inc.

A proposed order is attached.

Dated: March 13, 2014                    Respectfully Submitted,

/s/  Califf T. Cooper
Matthew J. Antonelli (lead counsel)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington

Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Califf T. Cooper
Texas Bar No. 24055345
califf@ahtlawfirm.com
ANTONELLI, HARRINGTON & THOMPSON LLP
4200 Montrose Blvd, Suite 430
Houston, TX 77006
(713) 581-3000
(713) 581-3020 fax

Attorneys for Plaintiff MacroSolve, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of March, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Califf T. Cooper
Califf T. Cooper
